S. BRETT SUTTON 143107
LAURIAN C. EWBANK  240217
LEIGHTON B. KOBERLEIN 252891
SUTTON HATMAKER LAW CORPORATION
6715 North Palm Avenue, Suite 214
Fresno, California  93704
Telephone: (559) 449-1888
Facsimile:  (559) 449-0177

WILLIAM C. HAHESY  105743
LAW OFFICES OF WILLIAM C. HAHESY
6715 North Palm Avenue, Suite 214
Fresno, California  93704
Telephone: (559) 579-1230
Facsimile:  (559) 579-1231

Attorneys for Defendant LINKUS ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GESBERG, KALEM SHISHIDO, individually and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LINKUS ENTERPRISES, INC., and DOES 1-20, inclusive <br><br> Defendant. | Case No.  2:08-CV-02428-MCE-CMK <br><br> **STIPULATION AND ORDER CONTINUING DATE FOR HEARINGS ON MOTION TO REMAND TO STATE COURT, MOTION TO STRIKE, MOTION TO DISMISS AND THE ANTI-SLAPP MOTION** |

PLAINTIFFS  ADAM  GESBERG  AND  KALEM  SHISHIDO(referred  to  herein  as
"PLAINTIFFS")  and  DEFENDANT  LINKUS  ENTERPRISES,  INC.  (referred  to  herein  as
"DEFENDANT"),  by  and  through  their  respective  attorneys  of  record,  hereby  STIPULATE  and
AGREE as follows:

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, the parties to the above captioned litigation have engaged in discussion

2  aimed at voluntary, informal resolution of some or all of the matters identified in the Motion to

3  Remand, the Motion to Strike, the Motion to Dismiss, and the Anti-SLAPP Motion;

4  WHEREAS, the parties desire to allow one another sufficient time to review and

5  discuss the options of informally resolving these issues;

6  IT IS STIPULATED that the hearing date for the Motion to Remand, the Motion to

7  Strike, the Motion to Dismiss, and the Anti-SLAPP Motion be continued from December 5, 2008 to

8  December 19, 2008 or as soon thereafter as it may be scheduled.

9  IT IS FURTHER STIPULATED that the oppositions and replies shall be due in

10  accordance with the time  limits set forth in the Eastern District of California Local Rule 78-230(c)

11  and (d) and based on the new hearing date.

12  IT IS SO STIPULATED.

13

14  Dated: November 18, 2008                    LAW OFFICES OF MICHAEL COGAN

15                                              BY:_____/s/ Michael Cogan, Esquire_____
                                                     MICHAEL COGAN
16                                                   Attorney for Plaintiffs
                                                     ADAM GESBERG & KALEM SHISHIDO
17

18  Dated: November 18, 2008                    SUTTON HATMAKER LAW CORPORATION

19                                              BY:_____/s/ S. Brett Sutton, Esquire_____
                                                     S. BRETT SUTTON
20                                                   Attorneys for Defendant
                                                     LINKUS ENTERPRISES, INC.
21

22  Dated: November 18, 2008                    LAW OFFICES OF WILLIAM C. HAHESY

23                                              BY:_____/s/ William C. Hahesy, Esquire_____
                                                     WILLIAM C. HAHESY
24                                                   Attorneys for Defendant
                                                     LINKUS ENTERPRISES, INC.
25

26

1
## __ORDER__

2        IT IS ORDERED that the hearings on the pending motions shall be continued to 9:00 am in

3 Courtroom 7-14th Floor of the Court on December 19, 2006 or as soon thereafter as the matter may

4 be heard.  The oppositions and replies shall be due in accordance with the time  limits set forth in the

5 Eastern District of California Local Rule 78-230(c) and (d) and based on the new hearing date.

6

7 DATED: November 21, 2008

8                                                                   _____
                                                            MORRISON C. ENGLAND, JR

9                                                            UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26