S. BRETT SUTTON 143107
LAURIAN C. EWBANK  240217
LEIGHTON B. KOBERLEIN 252891
SUTTON HATMAKER LAW CORPORATION
6715 North Palm Avenue, Suite 214
Fresno, California  93704
Telephone:  (559) 449-1888
Facsimile:  (559) 449-0177

WILLIAM C. HAHESY  105743
LAW OFFICES OF WILLIAM C. HAHESY
6715 North Palm Avenue, Suite 214
Fresno, California  93704
Telephone:  (559) 579-1230
Facsimile:  (559) 579-1231

Attorneys for Defendant LINKUS ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GESBERG, KALEM SHISHIDO, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LINKUS ENTERPRISES, INC., and DOES 1-20, inclusive<br><br>Defendant. | Case No.  2:08-CV-02428-MCE-CMK<br><br>**STIPULATION AND ORDER CONTINUING DATE FOR HEARINGS ON MOTION TO REMAND TO STATE COURT, MOTION TO STRIKE, MOTION TO DISMISS AND THE ANTI-SLAPP MOTION** |

PLAINTIFFS ADAM GESBERG AND KALEM SHISHIDO (referred to herein as "PLAINTIFFS") and DEFENDANT LINKUS ENTERPRISES, INC. (referred to herein as "DEFENDANT"), by and through their respective attorneys of record, hereby STIPULATE and AGREE as follows:

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, the parties to the above captioned litigation are circulating and will
2  shortly sign a Settlement Agreement;
3  WHEREAS, the parties shall submit a Motion for Approval of the Settlement
4  Agreement by January 9, 2009;
5  WHEREAS, the parties desire to avoid the unnecessary cost as well as waste of this
6  Court's time determining the pending Motion to Remand, Motion to Strike, Motion to Dismiss, and
7  Anti-SLAPP Motion;
8  IT IS STIPULATED that the hearing date for the Motion to Remand, the Motion to
9  Strike, the Motion to Dismiss, and the Anti-SLAPP Motion be continued from December 19, 2008 to
10 March 19, 2009 or as soon thereafter as it may be scheduled.
11 IT IS FURTHER STIPULATED that the replies shall be due in accordance with the
12 time limits set forth in the Eastern District of California Local Rule 78-230(c) and (d) and based on
13 the new hearing date.
14 IT IS SO STIPULATED.

15 Dated: December 12, 2008        LAW OFFICES OF MICHAEL COGAN

16                                 BY:     /s/ Michael Cogan, Esquire
                                    MICHAEL COGAN
17                                  Attorney for Plaintiffs
                                    ADAM GESBERG & KALEM SHISHIDO
18

19 Dated: December 12, 2008        SUTTON HATMAKER LAW CORPORATION

20                                 BY:     /s/ S. Brett Sutton, Esquire
                                    S. BRETT SUTTON
21                                  Attorneys for Defendant
                                    LINKUS ENTERPRISES, INC.
22

23 Dated: December 12, 2008        LAW OFFICES OF WILLIAM C. HAHESY

24                                 BY:     /s/ William C. Hahesy, Esquire
                                    WILLIAM C. HAHESY
25                                  Attorneys for Defendant
                                    LINKUS ENTERPRISES, INC.
26

**ORDER**

IT IS ORDERED that the hearings on the pending motions currently scheduled for December 19, 2008 shall be continued to 9:00 am in Courtroom 7-14th Floor of the Court on March 19, 2009 or as soon thereafter as the matter may be heard. The oppositions and replies shall be due in accordance with the time limits set forth in the Eastern District of California Local Rule 78-230(c) and (d) and based on the new hearing date.

DATED: December 15, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com