UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ADAM GESBERG, KALEM SHISHIDO, individually and on behalf of all persons similarly situated,

    Plaintiffs,

v.

LINKUS ENTERPRISES, INC., and DOES 1-20, inclusive,

    Defendants.

No. 2:08-cv-02428-MCE-CMK

ORDER

----oo0oo----

On January 9, 2009, based on their ongoing attempts at settlement, the parties to this action filed a stipulation and proposed order requesting that the Court continue the March 19, 2009, hearing dates on Plaintiffs' Motion to Remand (Docket No. 24) and Defendant's Motion to Strike (Docket No. 8), Motion to Dismiss (Docket No. 12), and Anti-SLAPP Motion (Docket No. 15) until April 2, 2009.  These Motions were originally calendared for hearing on December 5, 2008, and the parties stipulated to continue those hearings until December 19.

1  On December 15, 2009, the Court approved a second continuance,
2  this time until the currently scheduled date in March.
3      The Court is not willing to further continue the already
4  scheduled hearings.  Rather, each of the above Motions is denied
5  without prejudice and the parties are directed to re-file these
6  Motions, should they so choose, if no settlement is reached.
7      IT IS SO ORDERED.

 Dated: January 13, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE