1  S. BRETT SUTTON 143107
2  LAURIAN C. EWBANK  240217
   LEIGHTON B. KOBERLEIN  252891
3  **Sutton Hatmaker Law Corporation**
   A Professional Corporation
4  6715 North Palm Avenue, Suite 214
   Fresno, California  93704
5  Telephone:  (559) 449-1888
6  Facsimile:   (559) 449-0177
7
8  WILLIAM C. HAHESY 105743
   **Law Offices of William C. Hahesy**
9  225 West Shaw Avenue, Suite 105
   Fresno, CA  93704
10 Telephone (559) 579-1230
   Facsimile (559) 579-1231
11 Email: bill@hahesylaw.com
12 Attorneys for Defendant LINKUS ENTERPRISES, INC.
13
14                **UNITED STATES DISTRICT COURT**
15               **EASTERN DISTRICT OF CALIFORNIA**

16 ADAM GESBERG, KALEM SHISHIDO,          Case No.  08-cv-02428-MCE-CMK
   individually and on behalf of all persons
17 similarly situated,                    CLASS ACTION
18              Plaintiff(s),             **STIPULATION EXTENDING
                                          TIME TO FILE RESPONSIVE
19      v.                                PLEADING TO COMPLAINT
                                          AND ORDER THEREON**
20 LINKUS ENTERPRISES, INC., and DOES
21 1-20, inclusive;
22              Defendant.
23

24      The parties have negotiated a settlement of the above-referenced action, subject to the

25 Court's approval and the terms and conditions set forth in the Settlement Agreement.  A true

26 copy of the Settlement Agreement is attached as Exhibit A

27      The deadline for the Defendant to file a responsive pleading or motions was Friday,

28 January 23, 2009.  The parties intend to file a Motion for Approval of the Settlement.  In light

C:\iFolder\mengland\Home\TO DOCKET CIVIL\08cv2428.stip.0202.doc                    1

PDF created with pdfFactory trial version www.pdffactory.com

1  of the execution of the Settlement Agreement, the parties respectfully request that the Court
2  extend the time for the filing of the responsive pleadings or motions from Friday, January 23,
3  2009 to Friday, February 6, 2009.

4          In the event that the Motion for Approval is filed on or before February 6, 2009, the
5  parties further respectfully request that the deadline for the extension of time to file the
6  responsive pleadings or other motions shall be continued indefinitely until the Court rules on
7  the Motion for Approval of the Settlement.  If the Court denies the Motion for Approval of the
8  Settlement, Defendant respectfully requests that it be required to file its responsive pleading or
9  motions within twenty (20) days of notice of the Court's order denying the Motion for
10 Approval of Settlement.  If the settlement is approved by the Court, the parties respectfully
11 request that no responsive pleading or other motion need be filed by Defendant.

12
13                                  SUTTON HATMAKER LAW CORPORATION

14 DATED: _____        By: _____/s/_____
15                                Leighton B. Koberlein,
                                   Attorneys for Defendant
16                                 LINKUS ENTERPRISES, INC.
17
18
19 DATED: _____        By: _____/s/_____
20                                Michael Cogan,
                                   Attorneys for Plaintiffs
21                                 ADAM GESBERG, KALEM SHISHIDO
22
23 DATED: _____        By: _____/s/_____
24                                William C. Hahesy,
                                   Attorneys for Defendant
25                                 LINKUS ENTERPRISES, INC.
26
27
28

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT AND ORDER
THEREON

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Court having reviewed the foregoing Stipulation and good cause appearing therefor:

IT IS HEREBY ORDERED that the deadline for Defendant LINKUS ENTERPRISES, INC. to file its responsive pleading or other motion shall be extended from Friday, January 23, 2009 to Friday, February 6, 2009, except as otherwise provided in this Order;

IT IS FURTHER ORDERED that, in the event the parties file a Motion for Approval of the Settlement on or before February 6, 2009, no responsive pleading or other motion need be filed by Defendant LINKUS ENTERPRISES, INC. unless and if the Court denies the Motion for Approval of the Settlement.  In the event that the Court denies the Motion for Approval of the Settlement, Defendant LINKUS ENTERPRISES, INC. shall have twenty (20) days after notice of that Order to file its responsive pleading or other motions.  In the event that the Court approves the Motion for Approval of the Settlement, Defendant LINKUS ENTERPRISES, INC. need not file a responsive pleading or other motions.

IT IS FURTHER ORDERED that Defendants' Anti-SLAPP Motion, Motion to Strike, and Motion to Dismiss, all filed on January 23, 2009, are denied without prejudice, subject to refiling under the terms of this Order.

DATED:  February 2, 2009

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com